**Order entered September 9, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00824-CV

**MATTHEW MALOUF, ET AL., Appellants**

**V.**

**ELANA SPITZBERG TRUST, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14800-K**

## ORDER

We **GRANT** appellants' September 4, 2015 motion for an extension of time to file a

brief. Appellants shall file a brief by **OCTOBER 9, 2015**.


/s/      ELIZABETH LANG-MIERS
         JUSTICE